IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TALCOTT RESOLUTION LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CV 120-074 |
| PHOENIX PRINTING GROUP, INC.; EMILY BOYLES HADDEN, individually and as natural Guardian of C.R.H, a minor; and BRENT ANDREW HADDEN, | ) ) ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

The Court **DENIES** the Hadden Claimants' motion to require compliance with the Court's March 9, 2021 Order, (doc. no. 78), for five reasons.  First, the motion seeks an order compelling production by Phoenix Printing Group, Inc. ("PPG") but the subpoena at issue was served on non-party Harvey A. Cook in his personal capacity concerning sale of his personal interest in PPG; (2) the motion does not allege PPG has failed to comply with any discovery requests served upon it; (3) Mr. Cook is the former Chief Financial Officer ("CFO") of PPG, and even if he were the current CFO, the subpoena requires no action by PPG; (4) Mr. Cook is not a party to this action, and the certificate of service attached to the motion does not contain any suggestion Mr. Cook received a service copy of the motion; and (5) the motion contains no suggestion of any effort to resolve this dispute directly with Mr. Cook after issuance of the Court's prior order.  The Hadden Claimants may refile the current motion against Mr. Cook,

1

but any such motion should contain certification of a good faith attempt to resolve this dispute directly with Mr. Cook after issuance of this Order.

    SO ORDERED this 14th day of June, 2021, at Augusta, Georgia.

                                           BRIAN K. EPPS
                                           UNITED STATES MAGISTRATE JUDGE
                                           SOUTHERN DISTRICT OF GEORGIA