IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Talcott Resolution Life and Annuity Insurance Company, | ) ) ) |
| Plaintiff-Appellee, | ) ) ) Case No.  CV 120-074 ) Appeal No. 22-11086 |
| v. | ) ) |
| PHOENIX PRINTING GROUP, INC., et al., | ) ) ) |
| Defendants-Cross Defendants-, Appellants. | ) ) |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ___17th___ day of November 2022.

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA